UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
: 
JOHN MCDERMOTT, :
:
                          Plaintiff, :    04 Civ. 2392 (TPG)
:
       – against – :    **ORDER**
:
KIYAN MARANDI, et al., :
:
                    Defendants. :
:
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

      The individuals listed below are authorized to bring cell phones, Blackberries, and laptop computers into the courthouse beginning May 11, 2009, and continuing until the termination of the trial in the above-captioned case.

            Johana Castro
            Maurice Hudson
            Ronald Kuby
            Lea Spiess
            George Wachtel

      SO ORDERED.

Dated: New York, New York
       April 27, 2009

                                                  Thomas P. Griesa
                                                  U.S.D.J.